# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 29, 2015

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Martin Raul Fong Soto
           v. Charles L. Ryan, Director, Arizona Department of Corrections, et al.
           No. 14-9518
           (Your No. 11-17051)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on April 20, 2015 and placed on the docket April 29, 2015 as No. 14-9518.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst